ELMA K. SINGER, Respondent, v. NATIONAL GUM AND MICA COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.; Finch, J., dissenting.

---

* See Highway Law, § 286, subd. 8, added as subd. 2 by Laws of 1910, chap. 374, as amd. by Laws of 1918, chap. 540, and Laws of 1921, chap. 580. See, also, Highway Law, § 288, added by Laws of 1910, chap. 374, as amd. by Laws of 1917, chap. 769; since amd. by Laws of 1921, chaps. 132, 580; Laws of 1924, chap. 360, and Laws of 1925, chap. 317.— [REP.